OPINION — AG — **** TURNPIKE FEES — PAYMENT — STATE AGENCY **** STATE AGENCIES, BOARDS AND COMMISSIONS, SUCH AS THOSE AUTHORIZED UNDER 47 O.S. 1968 Supp., 156-15 [47-156-15] TO OWN AND OPERATE MOTOR VEHICLES, MAY LAWFULLY PAY TURNPIKE FEES INCURRED BY THEIR EMPLOYEES FOR TRAVEL ON TURNPIKES IN VEHICLES OWNED BY SUCH AGENCY, BOARD, OR COMMISSIONS. CITE: 74 O.S. 1961 500.1 [74-500.1], 74 O.S. 1961 500.1 [74-500.1] (W. J. MONROE)